## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES GIRARD SNOWDEN,** | : | **CIVIL ACTION** |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **NO. 15-1912** |
| | : | |
| **SUPERINTENDENT KAUFFMAN, et al.,** | : | |
| **Respondents.** | : | |

### ORDER

**AND NOW**, this 22nd day of August 2016, upon extended consideration of the Petition for Writ of Habeas Corpus (ECF Doc. No. 1), and Judge Perkin's August 1, 2016 Report and Recommendation (ECF Doc. No. 10), **IT IS ORDERED:**

1.      The comprehensive August 1, 2016 Report and Recommendation of United States Magistrate Judge Perkin (ECF Doc. No. 10) is **APPROVED AND ADOPTED;**

2.      The Petition for Writ of Habeas Corpus (ECF Doc. No. 1) filed by Petitioner James Girard Snowden is **DENIED with prejudice and DISMISSED** without an evidentiary hearing[1];

3.      There is no probable cause to issue a certificate of appealability; and

4.      The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**

---

[1] Mr. Snowden's failure to strictly comply with the Pennsylvania Rules of Appellate Procedure by failing to brief all of the questions presented on appeal waives his claim in the Pennsylvania state court and bars federal habeas review. *Lines v. Larkins,* 208 F.3d 153, 164-66 (3d Cir. 2000) *cert. den.*, 531 U.S. 1082 (2001).    Petitioner also offers no evidence of prejudice or miscarriage of justice showing, in light of new evidence, no reasonable juror would have found him guilty beyond a reasonable doubt.